**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GINNY LYNN NORRIS,**

      **Plaintiff,**

v.                                                **Case No:  6:12-cv-1632-Orl-36TBS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on January 29, 2013 (Doc. 12).  In the Report and Recommendation, Magistrate Judge Smith recommends that the Court remand this case to Defendant Commissioner of Social Security (the "Commissioner") pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative action.  *See id*.  Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

On January 25, 2013, the Commissioner filed an Unopposed Motion to Remand ("Motion to Remand") (Doc. 11).  In the Motion to Remand, the Commissioner states that it wishes to take further administrative action in this case.  Specifically, the Commissioner states, and Magistrate Judge Smith agrees, that the administrative record is incomplete and must be prepared.  *Id*.  Plaintiff Ginny Lynn Norris does not oppose the Commissioner's Motion to Remand.  As such, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Unopposed Motion to Remand (Doc. 11) is **GRANTED**. This case is **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative action, as set forth in this Order.

3. The parties are directed to provide the Court with status reports every ninety (90) days, commencing May 13, 2013, and every ninety days thereafter..

4. The Court hereby retains jurisdiction over this matter.

5. The Clerk is directed to administratively **CLOSE** this file and withhold the entry of a final judgment in this case.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties