UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GINNY LYNN NORRIS,**

      **Plaintiff,**

v.                                                             Case No:  6:12-cv-1632-Orl-41TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                                                                  /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 27). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 28), recommending that the Motion be granted. No objections have been filed to the Report and Recommendation and the time to do so has passed.

After an independent *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 27) is **GRANTED**.

3. Plaintiff is awarded fees in the amount of $7,668.44.

4. The Court authorizes, but does not require, payment to be made directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2015.



Copies furnished to:

Counsel of Record